### 47456. LUNDY et al. v. THE STATE.

PER CURIAM. The instant appeal is controlled by the ruling made in *Good v. State,* 127 Ga. App. 775.
*Judgment reversed. Bell, C. J., Hall, P. J., Eberhardt, P.*

*J., Clark and Stolz, JJ., concur. Pannell, Deen, Quillian and Evans, JJ., dissent.*
ARGUED SEPTEMBER 11, 1972 — DECIDED FEBRUARY 28, 1973.

*Cumming, Nixon, Yow, Waller & Capers, Richard E. Allen,* for appellants.